UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| J.E.C. by and through his parent and next best friend, Javier Cruz Lopez, <br><br> Plaintiff, <br><br> v. <br><br> BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, <br><br> Defendant. | ) ) ) ) ) CASE NO.:  1:22-CV-1720 ) ) ) ) ) ) ) ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Burlington Coat Factory Warehouse Corporation ("**Burlington**"), by counsel, hereby files this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Defendant, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

## VENUE

1. On August 1, 2022, Plaintiff, J.E.C., by and through his parent and next best friend, Javier Cruz Lopez, filed his Complaint for Damages ("**Complaint**") in Marion County Superior Court 12 under cause number 49D12-2208-CT-025851 (the "**State Court Action**").

2. Removal of the State Court Action to the Southern District of Indiana, Indianapolis Division, is proper under 28 U.S.C. § 1441(a), because the Southern District of Indiana,

Indianapolis Division, encompasses Marion County, where the State Court Action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

3. On August 8, 2022, Burlington was served by certified mail with a Summons and Complaint in the above-entitled action. Removal is timely under 28 U.S.C. § 1446(b)(1).

## STATE COURT PROCEEDINGS

4. On August 1, 2022, Emily C. Guenin-Hodson and Mark C. Guenin filed their Appearance on behalf of Plaintiff.

5. On August 1, 2022, Plaintiff filed his Complaint and Summons.

6. On August 15, 2022, Defendants filed an Appearance and Notice of Initial Enlargement of Time for Extension of Time to Respond to Plaintiff's Complaint in the State Court Action.

7. Defendant's Answer to Plaintiff's Complaint in the State Court Action is due by September 30, 2022.

8. There have been no further proceedings in the State Court Action.

9. Pursuant to S.D. Ind. L.R. 81-2(d), Defendant asserts that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

10. Under 28 U.S.C. § 1332(a), this Court has original jurisdiction over the State Court Action because Plaintiff and all Defendants are citizens of different states and the amount in controversy is over $75,000, exclusive of interest and costs.

11. Plaintiff is a citizen of the State of Indiana.

12. Defendant, Burlington, is a Delaware Corporation, with its principal place of business in Burlington, New Jersey. Accordingly, Burlington is a citizen of New Jersey and Delaware.

13. There is complete diversity of citizenship between the parties named in this case. Based on the foregoing, Plaintiff and Defendant are citizens of different states pursuant to 28 U.S.C. § 1332(a)(1).

14. Plaintiff's Complaint for Damages does not demand a specific sum of monetary damages, as the State of Indiana does not permit a demand for a specific sum or permit recovery of damages in excess of the amount demanded. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following.

   a. The State Court Action is a civil action seeking damages for injuries allegedly caused by the negligence of the Defendant.

   b. Plaintiff's Complaint alleges that "As a proximate result of Defendant's negligence, J. E. C. sustained personal injuries the effects of which are permanent and lasting, has incurred hospital, doctor and medical expenses and will continue to incur hospital, doctor, and medical expenses in the future, has diminished his ability to earn income, has incurred pain and suffering and will continue to incur pain and suffering in the future as a direct and proximate result of the product defect, and has sustained pecuniary and nonpecuniary losses and damages."

   c. Plaintiff's Complaint seeks an award for general damages, compensatory damages, exemplary damages, and punitive damages.

15. Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

16. Therefore, this State Court Action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division; (2) this action is between citizens of different States; and (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## STATUTORY REQUIREMENTS

17. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached as an Exhibit and includes the Complaint, Appearance of Emily Guenin-Hodson and Mark Guenin, Summons, Appearance of Richard K. Shoultz and John J. DeRoss, Jr. on behalf of Defendant, and Defendant's Notice of Initial Enlargement of Time as of the date of this Notice of Removal.

18. Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

19. Under 28 U.S.C. § 1446(d), Defendant will file a copy of this Notice of Removal with the Superior Court of Marion County, Indiana, and Defendant will serve Plaintiff with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, Defendant, Burlington Coat Factory Warehouse Corporation, by counsel, respectfully requests that the above-entitled action be removed from the Marion County Superior

Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

                              LEWIS WAGNER, LLP

By:   */s/ John J. DeRoss Jr.*
       RICHARD K. SHOULTZ, #15558-73
       JOHN J. DEROSS JR, #34563-49
       ***Counsel for Defendant Burlington Coat Factory Warehouse Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Emily C. Guenin-Hodson
Mark C. Guenin
Guenin Law Office, P.C.
574 South Miami Street
Wabash, IN 46992

                              */s/ John J. DeRoss Jr.*
                              JOHN J. DEROSS JR.

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN  46201
Main:  317-237-0500
Fax:    317-630-2790
rshoultz@lewiswagner.com
jdeross@lewiswagner.com